IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 4:25-CR-00053 JAR PLC |
| RODARIUS SERVICK, | |
| Defendant. | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.    Defendant is charged with:

(a)    an offense for which a maximum term of imprisonment of ten years or more is prescribed

(b)    an offense under Title 18, United States Code, 2423 (transportation of minors for sexual activity)

(c)    an offense under Title 18, United States Code, 1591 (sex trafficking of a minor)

2.    Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.      The defendant is a threat to the community. On 9/13/2024, law enforcement received information that a juvenile was listed as a runaway and being sex trafficked. Detectives were able to locate an advertisement online containing images of K.H. Saint Louis County Police Department conducted a pro-active undercover operation to locate the minor. Once the minor was recovered, she stated that she met the defendant on the Tagg App in August 2024.  The defendant was aware she had not attained the age of 18 years old, but instructed her to lie about her age. The defendant also picked her up from East Saint Louis, IL and drove her to Saint Louis to engage in commercial sex acts.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


*/s/ Dianna R. Collins*
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200